THIRZA E. MATFLERD, PLAINTIFF-RESPONDENT, v. RUDOLPH G. MATFLERD, DEFENDANT-PETITIONER.

See same case below: 10 *N. J. Super.* 132.

*Mr. Dougal Herr* for the petitioner.

*Messrs. Milton M.* and *Adrian M. Unger* for the respondent.

February 26, 1951.  Denied.

CARL BRESNICK, ET AL., PLAINTIFFS-PETITIONERS, v. FRANKLIN CAPITAL CORPORATION, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 10 *N. J. Super.* 234.

*Mr. Harry Green* for the petitioners.

*Mr. Elmer O. Goodwin* and *Messrs. Milton M.* and *Adrian M. Unger* for the respondents.

March 5, 1951. Granted.